**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GILBERT LOUIMAIRE,**

> **Petitioner,**

**vs.**                                              **Case Number 4:05cv453-WS/WCS**

**ALBERTO GONZALES, et al.,**

> **Respondents.**

                                           **/**

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a habeas petition pursuant to 28 U.S.C. § 2241 challenging his continued detention under Zadvydas v. Davis, 533 U.S. 678 (2001).  The relief sought by Petitioner was an order directing Respondents "to immediately release Petition from custody."  Doc. 1.  Services was directed on the § 2241 petition, doc. 6, and on February 24, 2006, Respondents filed a motion to dismiss.  Respondents assert that the case is moot because Petitioner has been granted the relief sought in the petition - release from detention.  Doc. 11.  The prior order directing service advised Petitioner that he could file "a Reply, if desired, to the answer or

response to the petition" filed by Respondent.  Doc. 6.  No response to the motion to dismiss has been filed by Petitioner.

An order expressly advising Petitioner that the motion to dismiss would be granted was drafted in late February, but the Court's electronic docket does not reveal that the order was ever entered on the docket or provided to the parties.  That error is unfortunate, but in light of the initial service order which advised Petitioner that he could file a reply to Respondents' answer to the petition, resolution of the motion to dismiss need not be delayed further.

Petitioner's silence as to the motion to dismiss, especially in light of his prior and hastily filed opposition to any further extensions of time being granted to Respondents, doc. 8, is presumed to be agreement with the motion to dismiss.  Nevertheless, Petitioner is expressly advised herein that if he contends his case is *not* moot, he may file an objection to this report and recommendation within fifteen days.

Within the motion to dismiss, Respondents have provided a different address for Petitioner on the certificate of service.  Doc. 11.  The Clerk of Court shall provide a copy of this report and recommendation to Petitioner at his address of record (Wakulla County Jail), and the address identified by Respondents.

In light of Petitioner's asserted release from custody, and because Petitioner has now received all the relief sought in the petition, Respondent's motion to dismiss should be granted.  This § 2241 petition is now legally moot and should be dismissed as such.

It is respectfully **RECOMMENDED** that Petitioner Gilbert Louimaire's § 2241

petition, doc. 1, should be **DISMISSED as moot** as Petitioner has been released from

Respondents' custody.

**IN CHAMBERS** at Tallahassee, Florida, on April 10, 2006.


    s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case Number 4:05cv453-WS/WCS