IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GILBERT LOUIMAIRE,

        Petitioner,

v.                                                4:05cv453-WS

ALBERTO GONZALES, et al.,

        Respondents.

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

        Before the court is the magistrate judge's report and recommendation docketed April 10, 2006.  See Doc. 12.  The magistrate judge recommends that this cause be dismissed as moot because the petitioner has been released from the respondent's custody.

        On April 20, 2006, the petitioner's copy of the report and recommendation was returned to the clerk's office as undeliverable based on the inmate's release from custody.  See Doc. 13.  Although it is his responsibility to do so, the petitioner has not provided the court with a current address.

        Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (doc. 1) and this cause are hereby DISMISSED as moot.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this April 25, 2006.

    /s William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE